UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,


      -against-                                            99-cr-53 (LAK)


MIGUEL NUNEZ,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the defendant's letter motion for compassionate release (Dkt. 41) within two weeks of the date of this order.

        SO ORDERED.

Dated:        February 9, 2021


                         /s/ Lewis A. Kaplan  /BT
                      _____
                              Lewis A. Kaplan
                         United States District Judge