

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/21

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Miguel Nunez*, 99 Cr. 53 (LAK)

Dear Judge Kaplan:

The Government respectfully submits this letter requesting that the Court extend the time to respond to the defendant's motion filed pursuant to 18 U.S.C. § 3582. On February 9, 2021, the Court issued an order for the Government to respond to the defendant's motion by February 23, 2021. *See* Dkt. No. 42. This criminal case has been closed since 2000, and the Assistant United States Attorney originally assigned to this case is no longer employed by the United States Attorney's office.

The undersigned attorney appeared in the civil case arising from a habeas petition brought by the defendant in 2016, but had not previously appeared in the criminal case and did not receive notice of the Court's February 9 order until the Court contacted the Government via telephone on March 8, 2021. Accordingly, the Government now requests a period of two weeks to respond to the defendant's motion, with a response due on March 23, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _Thane Rehn_
Thane Rehn
Assistant United States Attorney
(212) 637-2354

SO ORDERED

LEWIS A. KAPLAN, USDJ

DATE