UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                                                   99-cr-0053 (LAK)

MIGUEL NUNEZ,

              Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for compassionate release is denied on the alternative, and independently sufficient, grounds that he has not demonstrated extraordinary and compelling circumstances warranting relief and that relief would be inconsistent with the Section 3553 factors, substantially for the reasons set forth by the government. There is no occasion to consider the government's exhaustion of administrative remedies argument.

        SO ORDERED.

Dated:      March 23, 2021

                                                                   Lewis A. Kaplan
                                                          United States District Judge