UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------ x
UNITED STATES OF AMERICA,

                              99-CR-53 (LAK)

    v.

Miguel Nunez,

          Defendant.

------------------------------ x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       On December 19, 2023 the Clerks Office received an unsigned motion for Compassionate Release & Sentence Reduction Pursuant to U.S.C. 3582 (c)(1)(A) from defendant Miguel Nunez. The Clerks Office shall docket the unsigned motion, but in order for the Court to consider the application the defendant must complete and sign page 6-of-6 of his pro se motion. A copy of the entire document, as received, is being returned to him for that purpose.

       SO ORDERED.

Dated:     January 2, 2024

                                                   _____
                                                   Hon. Lewis A. Kaplan
                                                   United States District Judge