UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

          -against-                                                                  99-cr-0053 (LAK)

MIGUEL NUNEZ,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for compassionate release is denied on the independently sufficient grounds that he has not demonstrated extraordinary and compelling circumstances warranting relief and that relief would be inconsistent with the Section 3553 factors.

        SO ORDERED.

Dated:        February 20, 2024

                                                          Lewis A. Kaplan
                                                       United States District Judge